**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEJON T. PARIS,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL CASE NO. 3:26-CV-2759-O-BK** |
| | § | |
| **CERTEGY PAYMENT SOLUTION LLC,** | § | |
| **DEFENDANT.** | § | |

## SCHEDULING ORDER

Pursuant to 28 U.S.C. § 636(b) and *Special Order 3*, this case was referred by the District Judge to the Magistrate Judge for pretrial management, including the determination of non-dispositive motions and the issuance of findings of fact and recommended dispositions on dispositive motions. The Court will resolve non-dispositive motions in accordance with its *Standing Order on Non-Dispositive Motions* also issued this date. Under Federal Rules of Civil Procedure 16(b) and 26(f), the Court's Civil Justice Expense and Delay Reduction Plan, and the Northern District of Texas local civil rules, and after having considered any proposals submitted by the parties, the Court enters this scheduling order.

## I. PRETRIAL DEADLINES

### A. Joinder of Parties

All motions for leave to join parties must be filed no later than **November 23, 2026**.

### B. Amendment of Pleadings

All motions for leave to amend pleadings must be filed no later than **November 23, 2026**.

**C. <u>Discovery and Discovery Motions</u>**

All discovery requests shall be initiated in time to be **<u>completed</u>** by **<u>December 28, 2026</u>**. Any motions to compel discovery must be filed no later than **<u>November 23, 2026</u>** in order to allow sufficient time for determination prior to the expiration of the discovery period.

**D. <u>Expert Witnesses</u>**

Any party who bears the burden of proof on an issue shall designate its expert witnesses and provide expert reports to the other party no later than **<u>January 25, 2027</u>**.

Any party without the burden of proof on an issue shall designate its responsive expert witness and provide expert reports to the other party no later than **<u>February 22, 2027</u>**.

Rebuttal experts must be designated within twenty (20) days of the disclosure of an opposing expert.

**E. <u>Mediation</u>**

No later than **<u>January 11, 2027,</u>** the parties are to engage in mediation.[1] A party with full settlement authority up to the limits of the opposing party's demand must be present throughout the discussions.

**F. <u>Joint Estimate of Trial Length and Status Report</u>**

The parties must file a joint estimate of trial length and joint status report concerning the progress of settlement negotiations no later than **<u>January 18, 2027</u>**.

**G. <u>Dispositive Motions</u>**

No later than **<u>January 25, 2027</u>**, all dispositive motions shall be filed.

**H. <u>Motions Not Otherwise Covered</u>**

A party must file a motion not otherwise covered by this order no later than **<u>January 25, 2027</u>**.

## II. TRIAL

This case will be set for trial by separate order. The order will also establish trial-related deadlines, including any modifications to the requirements of the local civil rules regarding such matters as submitting the joint pretrial order and proposed jury instructions, and filing witness lists, exhibit lists, deposition excerpt designations, objections, and motions *in limine*.

---

[1] The parties may choose their mediator. However, if the parties cannot agree, they must notify the Court and the Court will choose the mediator.

Any questions regarding this order may be directed to Courtroom Deputy Mervin Wright at **214-753-2169**.

## III. CONSENT TO MAGISTRATE JUDGE

Federal law provides that, with the consent of all parties, the court can reassign this case to the magistrate judge for further proceedings, including a jury or bench trial and the entry of final judgment. In the Dallas Division of the Northern District of Texas, the assignment is made to the magistrate judge randomly assigned to the case at the time it was docketed. This procedure does not adversely affect the right of jury trial or of appeal directly to the circuit court. A party is free to withhold consent without adverse substantive consequences.

Consenting to proceed before the magistrate judge may result in a speedier disposition of the case since, in most instances, the undersigned is readily available to assist the parties in resolving their disputes in a timely fashion. Also, because magistrate judges do not adjudicate felony criminal cases, they are free to specially set civil cases for trial without concern of a criminal case taking precedence under the Speedy Trial Act.

Consent may be given at any stage and also regarding only a specific motion or issue. If all parties consent to trial by the magistrate judge, the district judge may in his or her discretion so order. A consent form is attached for the convenience of the parties and should only be returned if all parties consent to proceed before the undersigned.

**SO ORDERED** on September 29, 2026.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **DEJON T. PARIS,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL CASE NO. 3:26-CV-2759-O-BK** |
| | § | |
| **CERTEGY PAYMENT SOLUTION LLC,** | § | |
| **DEFENDANT.** | § | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case and order entry of a final judgment.

| **Party or Counsel of Record** | **Date** |
|---|---|
| ______________________________ | ______________ |
| ______________________________ | ______________ |
| ______________________________ | ______________ |

**Note:** Return this form to the District Clerk only if it has been executed by all parties to the case.

---

## ORDER OF REASSIGNMENT

IT IS HEREBY ORDERED that the above captioned matter be reassigned to United States Magistrate Judge Renée Harris Toliver for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED: ____________________

______________________________
UNITED STATES DISTRICT JUDGE